## GEORGE F. BLESSO
### vs.
## ALICE S. BLESSO

Superior Court    New Haven County    File #50631

Present: Hon. NEWELL JENNINGS, Judge.

James F. Fahy,    Attorney for the Plaintiff.

**MEMORANDUM FILED DECEMBER 23, 1936.**

JENNINGS, J. The proof of the plaintiff's residence in this case was insufficient. Since the proof may exist and since the case otherwise appears to be one in which a decree should be granted, I am returning the papers to the file. If the plaintiff desires to present his evidence again, he should be permitted to do so without prejudice. See **Slade vs. Slade**, 4 **Connecticut Supplement**, 242.